# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Maximilian Josef Rainer Vonnahme,

    Petitioner

v.

Gleydi Danay Mustelier Lugo,

    Respondent

Case No.: 2:22-cv-00707-JAD-NJK

**Order Extending Temporary Restraining Order and Re-setting Expedited Hearing**

    Petitioner Maximilian Josef Rainer Vonnahme, a German citizen, sues his ex-wife, Gleydi Danay Mustelier Lugo, a German and Cuban dual citizen, under the 1980 Hague Convention on the Civil Aspects of International Child Abduction, the federal International Child Abduction Remedies Act (ICARA), and Nevada's Uniform Child Abduction Prevention Act (UCAPA) for the return of their daughter, I.M.V.H.[1]  Last week, I granted Vonnahme's motion for a temporary restraining order and enjoined Lugo from changing the child's place of residence or taking the child outside the State of Nevada without this court's express written authorization, and I ordered Lugo to surrender I.M.V.H.'s passports to the United States Marshal for safekeeping.  I set the matter for an expedited hearing that took place earlier today.  But because service could not be effectuated on Lugo before that hearing, she did not appear and has not yet surrendered the child's passports to the Marshal.  So, good cause appearing,

    IT IS ORDERED that **the temporary restraining order granted in part in my last order [ECF No. 6] is EXTENDED**:

---

[1] ECF No. 1.

- Lugo, her agents, and all others acting in concert with her, are **HEREBY ENJOINED** from taking I.M.V.H. or allowing the child to be taken outside the State of Nevada without express written authorization from this court.  **The court will not hesitate to order the arrest of any person who violates this injunction**.

- Lugo, her agents, and all others acting in concert with her are **FURTHER ENJOINED** from concealing I.M.V.H. or changing the child's physical place of residence without express written authorization from this court.

- Lugo must deliver to the United States Marshal, for safekeeping, any and all passports for I.M.V.H. that are in respondent's possession, custody, or control, including any issued in both Lugo and the child's names, along with a copy of this order **by 4:30 p.m. on Wednesday, May 18, 2022**.  The United States Marshal's office is located at **Suite 2058 on the second floor of the Lloyd D. George United States Courthouse, 333 South Las Vegas Blvd, Las Vegas, Nevada, 89101**.  Lugo must further notify the United States Marshal if she knows of any person having possession of such a passport.  The United States Marshal is authorized to receive and to hold any such passport pending further instructions from this court.

- **This injunction will expire at 5:00 p.m. on Wednesday, May 18, 2022, unless extended for good cause**.

IT IS FURTHER ORDERED that the expedited merits hearing is **CONTINUED**.  It is rescheduled for **Wednesday, May 18, 2022, at 1:00 p.m. in Courtroom 6D of the Lloyd D. George United States Courthouse, located at 333 South Las Vegas Blvd, Las Vegas, Nevada, 89101, before Judge Jennifer A. Dorsey**.  At that time, the court will hear any arguments for extending, modifying, or dissolving this injunction.  Any written submissions

should be filed with the clerk and electronically served **no later than 4:00 p.m. on Tuesday, May 17, 2022**.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to provide the United States Marshal with a copy of this order**.

_____
U.S. District Judge Jennifer A. Dorsey
May 10, 2022