UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Maximilian Josef Rainer Vonnahme,<br><br>　　　　Petitioner<br><br>v.<br><br>Gleydi Danay Mustelier Lugo,<br><br>　　　　Respondent | Case No.: 2:22-cv-00707-JAD-NJK<br><br>**Order Granting<br>Stipulated Preliminary Injunction** |

　　　　Petitioner Maximilian Josef Rainer Vonnahme, a German citizen, sues his ex-wife, Gleydi Danay Mustelier Lugo, a German and Cuban dual citizen, under the 1980 Hague Convention on the Civil Aspects of International Child Abduction, the federal International Child Abduction Remedies Act (ICARA), and Nevada's Uniform Child Abduction Prevention Act (UCAPA) for the return of their daughter, I.M.V.H.[1]  Earlier this month, I granted Vonnahme's motion for a temporary restraining order and enjoined Lugo from changing the child's place of residence or taking the child outside the State of Nevada without this court's express written authorization, and I ordered Lugo to surrender I.M.V.H.'s passports to the United States Marshal for safekeeping.  I set the matter for a preliminary-injunction hearing that took place earlier today.  So, based on the parties' stipulations and good cause appearing,

　　　　IT IS ORDERED that **the temporary restraining order granted in part by my May 5, 2022, order [ECF No. 6] and extended by my May 10, 2022, order [ECF No. 9] is CONVERTED into a preliminary injunction**:

---

[1] ECF No. 1.

- Lugo, her agents, and all others acting in concert with her are **HEREBY ENJOINED** from taking I.M.V.H. or allowing the child to be taken outside the State of Nevada without express written authorization from this court.  **The court will not hesitate to order the arrest of any person who violates this injunction**.

- Lugo, her agents, and all others acting in concert with her are **FURTHER ENJOINED** from concealing I.M.V.H. or changing the child's physical place of residence without express written authorization from this court.

- Lugo must deliver to her counsel, Kimber Laux, for safekeeping, any and all passports for I.M.V.H. that are in respondent's possession, custody, or control, including any issued in both Lugo and the child's names **by 7:30 p.m. on Wednesday, May 18, 2022**.[2]

- Lugo and her counsel must meet and confer with Vonnahme and his counsel **by Wednesday, May 25, 2022**, to establish a virtual-visitation schedule so that Vonnahme is able to speak to the child by phone or video call at least once per week while this injunction is in effect.

- **This injunction will expire at 5:00 p.m. on Thursday, July 7, 2022, unless extended for good cause**.

IT IS FURTHER ORDERED that **Lugo must file a verified answer to the petition by Wednesday, June 8, 2022**.  If Vonnahme chooses to reply, he must do so **within 10 days after Lugo files her response, or by Saturday, June 18, 2022, whichever is earlier**.

---

[2] The court notes that the child's Cuban and German passports were turned over to Ms. Laux during the hearing held earlier today, and Lugo represented to the court that the child has no other passports.

IT IS FURTHER ORDERED that a hearing on the merits of Vonnahme's petition is scheduled for **Thursday, July 7, 2022, at 9:30 a.m. in Courtroom 6D of the Lloyd D. George United States Courthouse, located at 333 South Las Vegas Blvd, Las Vegas, Nevada, 89101, before Judge Jennifer A. Dorsey**. The parties must provide opposing counsel with their list of witnesses by Thursday, June 23, 2022, and disclose documents and exhibits by Thursday, **June 30, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
May 20, 2022