# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAXIMILIAN JOSEF RAINER VONNAHME,

    Petitioner,

v.

GLEYDI DANAY MUSTELIER LUGO,

    Respondent.

Case No.: 2:22-cv-00707-JAD-NJK

**Order**

[Docket Nos. 15, 16]

On June 3, 2022, Petitioner Maximilian Josef Rainer Vonnahme filed a notice of taking deposition and a notice of subpoena. Docket Nos. 15, 16. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: June 3, 2022.

                                                  _____
                                                  NANCY J. KOPPE
                                                  UNITED STATES MAGISTRATE JUDGE