Vincent Mayo, Esq.
Nevada State Bar Number: 8564
THE ABRAMS & MAYO LAW FIRM
6252 South Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Tel: (702) 222-4021
Fax: (702) 248-9750
Email: VMGroup@tamlf.com
Attorney for Petitioner, MAXIMILIAN JOSEF RAINER VONNAHME

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAXIMILIAN JOSEF RAINER VONNAHME,<br><br>    Petitioner,<br><br>    v.<br><br>GLEYDI DANAY MUSTELIER LUGO,<br><br>    Respondent. | Case No.:    2:22-cv-00707-JAD-NJK<br><br>**STIPULATION AND ORDER RE:**<br>**PRETRIAL BRIEFS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Vincent Mayo Esq., attorney of record for Petitioner, MAXIMILIAN JOSEF RAINER VONNAHME, and Kimber Laux, Esq., attorney of record for Respondent, GLEYDI DANAY MUSTELIER LUGO, that Pretrial Briefs (Memorandum) due by each party shall be filed with this Court and served by no later than Wednesday, July 6, 2022, at 5:00 p.m.

This Stipulation is entered into for the following reasons:

1. Counsel for the parties inadvertently did not stipulate to a deadline on which to file their Pretrial Memorandum during the May 18, 2022 hearing on this matter.

2. Lead counsel for Respondent is not in office for the remainder of the week and would not be able to file her Pretrial Memorandum prior to the stipulated deadline.

3. The parties agree to this deadline.

Dated: Wednesday, June 29, 2022.

| | |
|---|---|
| */s/ Vincent Mayo, Esq.* | */s/ Kimber Laux, Esq.* |
| Vincent Mayo, Esq. | Kimber Laux, Esq. |
| Attorney for Petitioner | Attorney for Respondent |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 30, 2022