UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Maximilian Josef Rainer Vonnahme,<br><br>    Petitioner<br><br>v.<br><br>Gleydi Danay Mustelier Lugo,<br><br>    Respondent | Case No.: 2:22-cv-00707-JAD-NJK<br><br>**Order Re: Translation Services Fees** |

  Petitioner Maximilian Josef Rainer Vonnahme, a German citizen, brought this action under the 1980 Hague Convention on the Civil Aspects of International Child Abduction, the federal International Child Abduction Remedies Act, and Nevada's Uniform Child Abduction Act for the return of his daughter to Germany.  I granted that relief and ordered the petitioner to pay the costs of the translation services necessitated by the proceedings by September 5, 2022.[1] I also directed Vonnahme to file a notice with this court by the following day affirming that the payments to the interpreters were timely made.

  Vonnahme has not filed that required notice, so the court is not aware of the status of his payments.  And since that order was issued, the court received one final bill that was previously omitted.  To include that bill in the petitioner's payment obligation, I hereby amend my prior order regarding the costs of the translation services.  IT IS THEREFORE ORDERED that **by September 16, 2022, Maximillian Vonnahme must pay the costs of translation services** incurred during the evidentiary hearings.  Payments to the following interpreters in the following

---

[1] ECF Nos. 37–38.

amounts must be made directly to these interpreters and sent to the addresses on the attached invoices:

        Anna Koch: $836

        Apex Translation: $836

        Castro Interpreting: $800

        Ladan Dillon: $202

        Olivia Reinshagen-Hernandez: $418

**Vonnahme must also file a notice with this court by September 19, 2022, affirming that these payments were timely made.**  Failure to make these required payments and file the required notice may result in an order to show cause why the petitioner should not be held in contempt of court.

_____
U.S. District Judge Jennifer A. Dorsey
September 12, 2022

# Invoice

CASTRO INTERPRETING INC
822 Balinese Ave
Henderson, NV 89015

**Bill To**
Vonnahme v. Lugo

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 08/26/22 | 8202518 | | | |

| Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/20/22 | Spanish/English Interpreting Service for Case No. 2:22-cv-707-JAD-NJk<br><br>Gleydi Danay Mustelier Lugo | 8 | 100.00 | 800.00 |

TAX ID XXXXXXX2

| | |
|---|---|
| Subtotal | $800.00 |
| Sales Tax | $0.00 |
| Total | $800.00 |



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# LAS VEGAS

DAILY INTERPRETER INVOICE

PO NUMBER                          DATE OF SERVICE   7/7/2022

Name: Ladan Dillon                 BPA#

Address: 2780 Culloden Ave         Phone: 702 354-3795

City, ST, Zip: Las Vegas Nevada 89044   Language: German

Email Address: timladan@msn.com

| Defendant | Case number | Start/End Time | Place* | Fee for Service |
|---|---|---|---|---|
| Vonnahme v. Lugo | 2:22-cv-00707-JAD-NJK | 9:00-5:00 | JAD | $202.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL FEES CLAIMED   $202.00

\* Courtroom number, Judges Initials OR Marshal's Lock up, etc. (examples: CR#2, PMP or LU)

I hereby certify the I personally rendered the services described herein for payment requested, that said services were rendered in accordance with the Contract for Court Interpreter Services and no other federal court unit, federal public defender, community defender organization, or other attorneys or entities obtaining interpreter services under the Criminal Justice Act or the related statues, or the Defender Services appropriation, or any other federal agency or entity has been or will be billed for the same period of service, cancellation or travel expenses for any services rendered during the same half or full-day, other period of service time covered by a cancellation fee or travel reimbursement for which I am being compensated pursuant to the contract.

Name of Interpreter   **Ladan Dillon**        Signature   *Ladan Dillon*

(Courtroom Deputy, Attorney, Pretrial Services) I acknowledge the above services were rendered on this date.

Print Last name:   Cacciabaudo          Signature:   /s/ Danielle Cacciabaudo

For Official Use Only
REPORTABLE EVENTS:  1

Invoice must be submitted for payment within 30 days of service.

PAYABLE TO:

Anna Koch
7632 63rd Dr. NE
Marysville, WA 98270

Cell: (425) 501-1798
Email: Anna@kochtranslations.com

BILL TO:
U.S. District Court of Nevada
c/o Ms. Sharon Hardin

**Invoice**
Date: August 19, 2022

| Description | Rate | Amount |
| --- | --- | --- |
| German Interpretation in Vonnahme vs. Lugo 2:22-cv-707-JAD-NJK<br><br>7/20/2022<br>7/29/2022 | $418 per day | |
| Total due: | | $836.00 |

Thank you for your business!

**APEX TRANSLATION SERVICE**

10802 WILLOWBRAE AVENUE, CHATSWORTH, CA 91311
PHONE: (818) 700-0097    FAX: (818) 700-2613   EMAIL: APEX@SOCAL.RR.COM

EIN # 95-XXXXX

August 23, 2022

Sharon Hardin
Assistant to Clerk of Court
U.S. District Court of Nevada

Re: Vonnahme v. Lugo, 2:22-cv-707-JAD-NJK

| | |
|---|---|
| Interpretation, July 19, 2022 | $ 418.00 |
| Interpretation, July 29, 2022 | $ 418.00 |
| TOTAL | $ 836.00 |

TERMS: Due upon receipt.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# LAS VEGAS

## DAILY INTERPRETER INVOICE

PO NUMBER 22-086                           DATE OF SERVICE 7/7/2022

Name: Reinshagen-Hernandez                 BPA#
Address: 789 W Bonanza Dr.                 Phone: 775-338-5875
City, ST, Zip: Carson City, NV 89706       Language: German
Email Address: o.reinshagen@gmail.com

| Defendant | Case number | Start/End Time | Place* | Fee for Service |
|---|---|---|---|---|
| Vonnahme v. Lugo | 2:22-cv-00707-JAD-NJK | 9:00-5:00 | JAD | $418.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL FEES CLAIMED  $418.00

* Courtroom number, Judges Initials OR Marshal's Lock up, etc. (examples: CR#2, PMP or LU)

I hereby certify the I personally rendered the services described herein for payment requested, that said services were rendered in accordance with the Contract for Court Interpreter Services and no other federal court unit, federal public defender, community defender organization, or other attorneys or entities obtaining interpreter services under the Criminal Justice Act or the related statues, or the Defender Services appropriation, or any other federal agency or entity has been or will be billed for the same period of service, cancellation or travel expenses for any services rendered during the same half or full-day, other period of service time covered by a cancellation fee or travel reimbursement for which I am being compensated pursuant to the contract.

Name of Interpreter  OLIVIA REINSHAGEN-HERNANDEZ        Signature  O. Rin...

(Courtroom Deputy, Attorney, Pretrial Services) I acknowledge the above services were rendered on this date.

Print Last name: Cacciabaudo                Signature: /s/ Danielle Cacciabaudo

For Official Use Only
REPORTABLE EVENTS: 1

Invoice must be submitted for payment within 30 days of service.