# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Maximilian Josef Rainer Vonnahme, | Case No.: 2:22-cv-00707-JAD-NJK |
| Petitioner | **Order Re: Translation Services Fees** |
| v. | |
| Gleydi Danay Mustelier Lugo, | |
| Respondent | |

Petitioner Maximilian Josef Rainer Vonnahme, a German citizen, brought this action under the 1980 Hague Convention on the Civil Aspects of International Child Abduction, the federal International Child Abduction Remedies Act, and Nevada's Uniform Child Abduction Act for the return of his daughter to Germany.  I granted that relief and ordered the petitioner to pay the costs of the translation services incurred at the multi-day evidentiary hearing.  Vonnahme complied with that order and paid the invoices submitted by five of the translators.

On October 14, 2022, the sixth and final translator submitted an invoice for her work at the hearings held on July 7th, 20th, and 29th.  To include that bill in the petitioner's payment obligation, I hereby amend my prior order regarding the costs of the translation services.  IT IS THEREFORE ORDERED that **by November 11, 2022, Vonnahme must pay $1,254.00 to Ashley Nuñez-Sheriff** for her translation services.  His payment must be made directly to Algo Más Translations, Inc. and sent to the address on the attached invoice.  **Vonnahme must also file a notice with this court by November 16, 2022, affirming that this payment was timely made.**  Failure to do so may result in an order to show cause why the petitioner should not be held in contempt of court.

_____
U.S. District Judge Jennifer A. Dorsey
October 19, 2022

ALGO MÁS TRANSLATIONS INC.

CERTIFIED INTERPRETERS

SPANISH <=> ENGLISH

ashleyn3@mindspring.com   -   (415) 308-8765- CELL

_____

October 14, 2022

Ref:  Vonnhame v Lugo / 2:22-cv-00707-JAD-NJK

| | |
|---|---:|
| July 7 - full day hearing | 418 |
| July 20 - full day hearing | 418 |
| July 29 - full day hearing | 418 |
| Total due: | $1,254 |

**Please make payment to:  ALGO MÁS TRANSLATIONS, INC.**

*Zelle payments accepted*

Mail to:   Attn: Ashley Nuñez-Sheriff
            Algo Más Translations, Inc.
            PO Box 3357
            Santa Monica, CA 90408

*¡Gracias!*